Moe S. Silberman, Respondent, v. Grover A. Whalen, Edward M. Shelvey and James Gillen, Police Commissioner, Inspector and Captain of the Police Department of the City of New York, Respectively, and All Officers under the Command of the Said Defendants, Appellants.— Order granting injunction *pendente lite* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *Sindel* v. *Whalen* (*post*, p. 661), decided herewith. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

Harry Sindel, Respondent, v. Grover A. Whalen, Edward M. Shelvey and James Gillen, Police Commissioner, Inspector and Captain of the Police Department of the City of New York, Respectively, and All Officers under the Command of the Said Defendants, Appellants.— Order granting injunction *pendente lite* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The game outlined in the complaint is a game of chance prohibited by the Penal Law. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

William G. Steers, Appellant, v. Flo-Win Holding Corporation, Respondent, and Leonard Boss, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Elmhurst Lumber & Trim Co., Inc., Appellant, v. Samuel L. Orlinger, Respondent.— Application denied, with ten dollars costs.

Ida Krieger, Respondent, v. Fannie Wax, Appellant.— Application denied, with ten dollars costs.

I. Helen Lynch, Respondent, v. M. C. O'Brien, Inc., Appellant.— Application denied, with ten dollars costs.

Wilson C. Stuhlman, Doing Business under the Trade Name and Style of Beyer Electric Company, Respondent, v. Stam Realty Corporation, Appellant.— Application denied, with ten dollars costs.

Samuel Schwartz and Others, Respondents, v. Fox Metropolitan Playhouses, Inc., Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Anna R. Becker, Appellant, v. Peter A. Frasse & Co., Inc., Respondent.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of plaintiff for the relief demanded in the complaint, with costs, upon authority of *Becker* v. *Frasse & Co., Inc.* (*post*, p. 661), decided herewith. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and appropriate conclusions of law will be made. Lazansky, P. J., Rich, Carswell and Scudder, JJ., concur; Kapper, J., dissents and votes to affirm for the reasons stated in his dissenting memorandum in *Becker* v. *Frasse & Co., Inc.* (*supra*). Settle order on notice.